AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ahler, James R. | Indiana Northern Bankruptcy Court | 08/02/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2018<br>**to**<br>12/31/2018 |

**7. Chambers or Office Address**

United States Courthouse
5400 Federal Plaza
Hammond, IN 46230

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Trustee | Trust #2 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2015 | Indiana Public Retirement System |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ahler, James R. | 08/02/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ahler, James R.** | 08/02/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ahler, James R. | 08/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Fifth Third Bank (cash) | A | Interest | M | T | | | | | |
| 2. Chase Bank (cash) | A | Interest | K | T | | | | | |
| 3. Trust Account #1 (H) | | | | | | | | | |
| 4. DFA Tax Mgd Mktwide Val Port (DTMMX) | D | Dividend | L | T | | | | | |
| 5. SSGA FDS S&P 500 Index (SVSPX) | A | Dividend | | | Sold | 08/09/18 | J | | |
| 6. Trust Account #2 (H) | | | | | | | | | |
| 7. DFA Tax Managed US Equity Port (DTMEX) | B | Dividend | M | T | | | | | |
| 8. DFA Tax Mgd US Sm Cap Fund (DFTSX) | A | Dividend | J | T | | | | | |
| 9. SSGA FDS S&P 500 Index (SVSPX) | A | Dividend | | | Sold | 08/09/18 | J | | |
| 10. IRA #1 (H) | | | | | | | | | |
| 11. DFA Emerging Markets Small Cap PTF (DEMSX) | A | Dividend | J | T | | | | | |
| 12. DFA Intl Sm Cap Val Port (DISVX) | B | Dividend | K | T | | | | | |
| 13. DFA Emerging Mkts PTF (DFEMX) | A | Dividend | J | T | | | | | |
| 14. IRA #2 (H) | | | | | | | | | |
| 15. DFA US Micro Cap FD (DFSCX) | B | Dividend | K | T | | | | | |
| 16. DFA US Sm Cap Val Port (DFSVX) | A | Dividend | J | T | | | | | |
| 17. DFA Five-Year Global Fixed PTF (DFGBX) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Ahler, James R.** | 08/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | IRA #3 (H) | | | | | | | | | |
| 19. | DFA Emerging Mkts Value PTF (DFEVX) | A | Dividend | J | T | | | | | |
| 20. | DFA Intl SML PTFL (DFISX) | A | Dividend | J | T | | | | | |
| 21. | IRA #4 (H) | | | | | | | | | |
| 22. | DFA Short Term Govt PTF (DFFGX) | A | Dividend | K | T | | | | | |
| 23. | DFA One-Year Fixed Income PTF (DFIHX) | A | Dividend | K | T | | | | | |
| 24. | DFA Intl Sml PTFL (DFISX) | A | Dividend | J | T | | | | | |
| 25. | DFA Two-Year Global Fixed PTF (DFGFX) | A | Dividend | K | T | | | | | |
| 26. | DFA US Small Cap Value Port (DFSVX) | C | Dividend | K | T | | | | | |
| 27. | DFA Global Real Estate SEC PTF (DFGEX) | B | Dividend | K | T | | | | | |
| 28. | DFA International Value (DFIVX) | B | Dividend | K | T | | | | | |
| 29. | Indiana Public Employees Deferred Comp Plan (H) | | | | | | | | | |
| 30. | Fidelity Diversified International Core Equity Fund (FDIVX) | | None | | | Sold | 06/30/18 | L | | |
| 31. | Fidelity Diversified IntI K6 (FKIDX) | A | Dividend | L | T | Buy | 06/30/18 | L | | |
| 32. | Ironbridge Frontegra SMID Fund (IBSMX) | | None | | | Sold | 03/31/18 | K | | |
| 33. | Vanguard Capital Opportunity Fund (mid cap growth) (VHCOX) | D | Dividend | L | T | | | | | |
| 34. | MFS Mid Cap Value R6 (MVCKX) | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ahler, James R. | 08/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  Vanguard Extended Mkt Idx I (VEXMX) | A | Dividend | K | T | Buy | 03/31/18 | K | | |
| 36.  EB Dynamic Value Equity Fund Cl II | | None | K | T | | | | | |
| 37.  Pimco Total Return Instl (PTTNX) | B | Dividend | L | T | | | | | |
| 38.  IRA #5 (H) | | | | | | | | | |
| 39.  PNC Bank Deposit Sweep Account (Cash) | A | Interest | | | Closed | 06/11/18 | L | | |
| 40.  ADVISORS EDGEWOOD GROWTH FD INSTL CL (EGFIX) (X) | | None | | | Buy | 06/12/18 | J | | |
| 41. | | | | | Sold | 12/03/18 | J | | |
| 42.  BLACKROCK FDS ISHARES MSCI DEVELOPED WORLD INDX (BWIKX) (X) | A | Dividend | | | Buy | 06/12/18 | J | | |
| 43. | | | | | Sold<br>(part) | 07/11/18 | J | | |
| 44. | | | | | Sold | 10/26/18 | J | | |
| 45.  BLACKROCK INDEX FDS INC ISHARES MSCI EAFE INTL IDX (BTMKX) (X) | A | Dividend | | | Buy | 06/12/18 | J | | |
| 46. | | | | | Sold<br>(part) | 08/14/18 | J | | |
| 47. | | | | | Buy<br>(add'l) | 10/26/18 | J | | |
| 48. | | | | | Sold | 12/03/18 | J | | |
| 49.  CAUSEWAY CAP MGMT TR INTL VALUE FD INSTL (CIVIX) (X) | A | Dividend | J | T | Buy | 06/12/18 | J | | |
| 50.  CLEARBRIDGE APPRECIATION FUND CLASS IS (LMESX) (X) | | None | | | Buy | 06/12/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ahler, James R.** | 08/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 51. | | | | | Sold | 12/03/18 | J | | |
| 52. DIAMOND HILL FDS LARGE CAP FD CL I (DHLRX) (X) | | None | | | Buy | 06/12/18 | J | | |
| 53. | | | | | Sold (part) | 10/26/18 | J | | |
| 54. | | | | | Sold | 12/03/18 | J | | |
| 55. FIDELITY SALEM STR 500 IDX FD INST PREM (FXAIX) (X) | A | Dividend | J | T | Buy | 06/12/18 | J | | |
| 56. | | | | | Buy (add'l) | 12/03/18 | J | | |
| 57. FIDELITY SALEM STR TR INTL IDX FD (FSPSX) | A | Dividend | J | T | Buy | 12/03/18 | J | | |
| 58. HARRIS ASSOC INVT TR OAKMARK INTL FD (OANIX) (X) | A | Dividend | J | T | Buy | 06/12/18 | J | | |
| 59. INVESTMENT MANAGERS SER TR WCM FOCUSED INTL GROWTH (WCMIX) (X) | A | Dividend | J | T | Buy | 06/12/18 | J | | |
| 60. ISHARES INC ISHARES MSCI JAPAN ETF (EWJ) (X) | A | Dividend | J | T | | | | | |
| 61. ISHARES MSCI CANADA ETF (EWC) (X) | A | Dividend | J | T | | | | | |
| 62. VANGUARD INDEX TR VANG 500 IDX ADM (VFIAX) (X) | A | Dividend | K | T | Buy | 06/12/18 | J | | |
| 63. | | | | | Buy (add'l) | 07/11/18 | J | | |
| 64. | | | | | Buy (add'l) | 10/26/18 | J | | |
| 65. DODGE & COX INCOME FUND (DODIX) (X) (Y) | | | | | | | | | |
| 66. PGIM TOTAL RETURN BOND (PTRQX) | A | Dividend | J | T | Buy | 06/12/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ahler, James R. | 08/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 67. VANGUARD FIXED INC SECS INTER TERM INVT ADM (VFIDX) | A | Dividend | J | T | Buy | 06/12/18 | J | | |
| 68. VANGUARD SHORT TERM BOND ETF (BSV) | A | Dividend | J | T | Buy | 06/12/18 | J | | |
| 69. VANGUARD TOTAL INTL BD ETF (BNDX) | A | Dividend | J | T | Buy | 06/12/18 | J | | |
| 70. WELLS FARGO FDS TR BD FD R6 (WTRIX) | A | Dividend | J | T | Buy | 06/12/18 | J | | |
| 71. IRA #6 (H) | | | | | | | | | |
| 72. JPMorgan IRA Deposit Sweep Mgd (cash equiv) | A | Interest | K | T | Open | 03/29/18 | P1 | | |
| 73. ADVISORS EDGEWOOD GROWTH FD INSTL CL DIV & CAP GAIN (EGFIX) | | None | | | Buy | 04/02/18 | K | | |
| 74. | | | | | Sold (part) | 10/26/18 | J | | |
| 75. | | | | | Sold | 12/03/18 | K | C | |
| 76. BLACKROCK FDS ISHARES MSCI DEVELOPED WORLD INDX (BWIKX) | B | Dividend | | | Buy | 04/02/18 | M | | |
| 77. | | | | | Sold (part) | 07/11/18 | L | C | |
| 78. | | | | | Sold | 10/26/18 | L | | |
| 79. BLACKROCK INDEX FDS INC ISHARES MSCI EAFE INTL IDX (BTMKX) | A | Dividend | | | Buy | 04/02/18 | M | | |
| 80. | | | | | Sold (part) | 06/13/18 | K | A | |
| 81. | | | | | Sold (part) | 07/11/18 | J | | |
| 82. | | | | | Sold (part) | 08/14/18 | K | | |
| 83. | | | | | Sold (part) | 09/20/18 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ahler, James R. | 08/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 84. | | | | | Buy<br>(add'l) | 10/26/18 | K | | |
| 85. | | | | | Sold<br>(part) | 11/14/18 | J | | |
| 86. | | | | | Sold | 12/03/18 | M | | |
| 87. BROWN ADVISORY FDS JPAN ALPHA<br>OPPTY FUND INVT (BAFJX) | | None | | | Buy | 04/02/18 | J | | |
| 88. | | | | | Sold | 10/26/18 | J | | |
| 89. CAUSEWAY CAP MGMT TR INTL<br>VALUE FD INSTL (CIVIX) | B | Dividend | L | T | Buy | 04/02/18 | L | | |
| 90. | | | | | Buy<br>(add'l) | 12/03/18 | J | | |
| 91. CLEARBRIDGE APPREC FD IS (LMESX)<br>(FORMERLY I (SAPYX)) | | None | | | Buy | 04/02/18 | K | | |
| 92. | | | | | Sold<br>(part) | 10/26/18 | K | B | |
| 93. | | | | | Sold | 12/03/18 | K | C | |
| 94. DIAMOND HILL FDS LARGE CAP FD<br>CL I SHS (DHLRX) | A | Dividend | | | Buy | 04/02/18 | L | | |
| 95. | | | | | Sold<br>(part) | 10/26/18 | K | | |
| 96. | | | | | Sold<br>(part) | 11/14/18 | J | A | |
| 97. | | | | | Sold | 12/03/18 | K | C | |
| 98. FID SALEM STR TR FID 500 INDX FD<br>(FXAIX) | B | Dividend | M | T | Buy | 04/02/18 | K | | |
| 99. | | | | | Sold<br>(part) | 11/14/18 | J | A | |
| 100. | | | | | Buy<br>(add'l) | 12/03/18 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ahler, James R. | 08/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 101. FID SALEM STR TR INTL INDX FD (FSPSX) | C | Dividend | M | T | Buy | 12/03/18 | M | | |
| 102. HARRIS ASSOC INVT TR OAKMARK INTL FD INSTL CL (OANIX) | C | Dividend | K | T | Buy | 04/02/18 | L | | |
| 103. | | | | | Sold (part) | 09/20/18 | J | | |
| 104. | | | | | Buy (add'l) | 12/03/18 | J | | |
| 105. INVESTMENT MANAGERS SER TR WCM FOCUSED INTL GROWTH (WCMIX) | B | Dividend | K | T | Buy | 04/02/18 | L | | |
| 106. | | | | | Sold (part) | 09/20/18 | J | A | |
| 107. ISHARES INC ISHARES MSCI JAPAN ETF (EWJ) | A | Dividend | K | T | Buy | 04/02/18 | J | | |
| 108. | | | | | Buy (add'l) | 07/11/18 | K | | |
| 109. | | | | | Sold (part) | 10/26/18 | J | | |
| 110. | | | | | Sold (part) | 12/03/18 | J | | |
| 111. ISHARES MSCI CANADA ETF (EWC) | A | Dividend | K | T | Buy | 08/14/18 | K | | |
| 112. | | | | | Buy (add'l) | 10/26/18 | K | | |
| 113. ISHARES MSCI PACIFIC EX JAPAN (EPP) | A | Dividend | J | T | Buy | 08/14/18 | K | | |
| 114. VANGUARD INDEX TR VANGUARD 500 INDEX FD ADM (VFIAX) | D | Dividend | O | T | Buy | 04/02/18 | N | | |
| 115. | | | | | Buy (add'l) | 07/18/18 | K | | |
| 116. | | | | | Buy (add'l) | 09/26/18 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ahler, James R. | 08/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 117. | | | | | Buy<br>(add'l) | 10/26/18 | L | | |
| 118. | | | | | Sold<br>(part) | 11/14/18 | K | A | |
| 119. VANGUARD INTL EQUITY INDX FD (VGK) | A | Dividend | J | T | Buy | 07/11/18 | K | | |
| 120. DODGE & COX INCOME FUND (DODIX) | A | Dividend | | | Buy | 04/02/18 | J | | |
| 121. | | | | | Sold | 12/17/18 | J | | |
| 122. LORD ABBETT INVT TR SHT DUR INC (LOLDX) | A | Dividend | K | T | Buy | 11/09/18 | K | | |
| 123. | | | | | Sold<br>(part) | 11/14/18 | J | | |
| 124. PGIM (FORMERLY PRUDENTIAL) TOTAL RETURN BD FD (PTRQX) | A | Dividend | | | Buy | 04/02/18 | K | | |
| 125. | | | | | Sold | 12/03/18 | K | | |
| 126. VANGUARD BOND INDEX FD TOT BD MKT (VBTLX) | A | Dividend | K | T | Buy | 07/11/18 | K | | |
| 127. | | | | | Buy<br>(add'l) | 11/09/18 | K | | |
| 128. | | | | | Sold<br>(part) | 11/14/18 | J | | |
| 129. | | | | | Buy<br>(add'l) | 12/03/18 | J | | |
| 130. VANGUARD FIXED INCOME SECS INTER TERM INVT GRADE (VFIDX) | A | Dividend | K | T | Buy | 04/02/18 | J | | |
| 131. | | | | | Buy<br>(add'l) | 12/03/18 | J | | |
| 132. VANGUARD SHORT TERM BD ETF (BSV) | A | Dividend | K | T | Buy | 06/13/18 | K | | |
| 133. | | | | | Sold<br>(part) | 11/14/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ahler, James R. | 08/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 134. | | | | | Buy<br>(add'l) | 12/17/18 | J | | |
| 135. VANGUARD TOTAL INTL BD ETF<br>(BNDX) | B | Dividend | L | T | Buy | 04/02/18 | K | | |
| 136. | | | | | Buy<br>(add'l) | 07/11/18 | J | | |
| 137. | | | | | Sold<br>(part) | 11/14/18 | J | | |
| 138. WELLS FARGO CORE BD FD R6<br>(WTRIX) (FORMERLY INST (MBFIX)) | A | Dividend | K | T | Buy | 04/02/18 | K | | |
| 139. ADVISORS INNER CIRCLE FD III<br>CHILTON STRTGC ERPN (CHEUX) | A | Dividend | | | Buy | 04/02/18 | K | | |
| 140. | | | | | Sold<br>(part) | 07/11/18 | J | A | |
| 141. | | | | | Sold<br>(part) | 11/16/18 | J | | |
| 142. | | | | | Sold | 12/20/18 | J | | |
| 143. AMERICAN BEACON FDS GLG TOTAL<br>RETURN FD ULTRA (GLGUX) | A | Dividend | | | Buy | 04/02/18 | J | | |
| 144. | | | | | Sold | 11/09/18 | J | | |
| 145. AMERICAN BEACON FDS NUMERIC<br>INTGRTD ALPHA FD (NIAUX) | | None | | | Buy | 04/02/18 | J | | |
| 146. | | | | | Sold | 11/30/18 | J | | |
| 147. AQR FDS MANAGED FUTURES<br>STRATEGY FD (AQMRX) | | None | | | Buy | 04/02/18 | J | | |
| 148. | | | | | Sold | 07/11/18 | J | | |
| 149. BLACKSTONE ALTRNTV INVT FDS<br>ALT MULT STRAT (BXMYX) | A | Dividend | K | T | Buy | 11/09/18 | J | | |
| 150. | | | | | Buy<br>(add'l) | 11/30/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ahler, James R. | 08/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 151. CRM MUT FD TR LNG SHT OPPORTUNITIES FD (CRIHX) | A | Dividend | J | T | Buy | 04/02/18 | J | | |
| 152. DIAMOND HILL LONG-SHORT FD I (DHLSX) | A | Dividend | J | T | Buy | 11/16/18 | J | | |
| 153. EQUINOX FDS TR IPM SYSTEMATIC MACRO FD CL (EQIPX) | A | Dividend | J | T | Buy | 04/02/18 | J | | |
| 154. GMO TR SGM MAJOR MKTS FD CL VI DIV (GSMHX) | | None | | | Buy | 04/02/18 | J | | |
| 155. | | | | | Sold | 11/09/18 | J | | |
| 156. GOLDMAN SACHS STRATEGIC INCOME FUND INSTL CL (GSZIX) | A | Dividend | | | Buy | 04/02/18 | J | | |
| 157. | | | | | Sold | 10/23/18 | J | | |
| 158. NEUBERGER BERMAN ALTERNATIVE FDS LONG SHORT (NLSIX) | | None | | | Buy | 04/02/18 | K | | |
| 159. | | | | | Sold<br>(part) | 07/11/18 | J | A | |
| 160. | | | | | Sold | 11/09/18 | J | A | |
| 161. Brokerage Account #1 (H) | | | | | | | | | |
| 162. ADVISORS EDGEWOOD GROWTH FD INSTL CL DIV & CAP GAIN (EGFIX) | A | Dividend | J | T | Buy | 12/04/18 | J | | |
| 163. BLACKROCK INDEX FDS INC ISHARES MSCI EAFE INTL IDX (BTMKX) | B | Dividend | K | T | Buy | 12/04/18 | K | | |
| 164. CAUSEWAY CAP MGMT TR INTL VALUE FD INSTL CL (CIVIX) | A | Dividend | J | T | Buy | 12/04/18 | J | | |
| 165. CLEARBRIDGE APPRECIATION FUND CLASS IS (LMESX) | A | Dividend | J | T | Buy | 12/04/18 | J | | |
| 166. DIAMOND HILL FDS LARGE CAP FD CL I SHS (DHLRX) | A | Dividend | J | T | Buy | 12/04/18 | J | | |
| 167. DODGE & COX INCOME FUND (DODIX) | | None | | | Buy | 12/04/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ahler, James R. | 08/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 168. | | | | | Sold | 12/17/18 | J | A | |
| 169. FIDELITY SALEM STR TR FIDELITY 500 INDEX FUND (FXAIX) | B | Dividend | L | T | Buy | 12/04/18 | M | | |
| 170. HARRIS ASSOC INVT TR OAKMARK INTL FD INSTL CL (OANIX) | A | Dividend | J | T | Buy | 12/04/18 | J | | |
| 171. INVESTMENT MANAGERS SER TR WCM FOCUSED INTL GROWTH (WCMIX) | A | Dividend | J | T | Buy | 12/04/18 | J | | |
| 172. ISHARES INC ISHARES MSCI JAPAN ETF (EWJ) | A | Dividend | J | T | Buy | 12/04/18 | J | | |
| 173. ISHARES MSCI CANADA ETF (EWC) | A | Dividend | J | T | Buy | 12/04/18 | J | | |
| 174. ISHARES MSCI PACIFIC EX JAPAN ETF (EPP) | A | Dividend | J | T | Buy | 12/04/18 | J | | |
| 175. VANGUARD INTL EQUITY INDEX FD FTSE EUROPE ETF (VGK) | A | Dividend | J | T | Buy | 12/04/18 | J | | |
| 176. LORD ABBETT INVT TR SHORT DURATION INCOME FD CL (LOLDX) | | None | J | T | Buy | 12/04/18 | J | | |
| 177. PGIM TOTAL RETURN BOND FD INC CL R6 (PTRQX) | A | Dividend | J | T | Buy | 12/04/18 | J | | |
| 178. VANGUARD BOND INDEX FD INC TOTAL BD MARKET IDX (VBTLX) | | None | J | T | Buy | 12/04/18 | J | | |
| 179. VANGUARD FIXED INCOME SECS INTER TERM INVT (VFIDX) | | None | J | T | Buy | 12/04/18 | J | | |
| 180. VANGUARD SHORT TERM BOND ETF (BSV) | A | Dividend | J | T | Buy | 12/04/18 | J | | |
| 181. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 182. VANGUARD TOTAL INTERNATIONAL BOND ETF (BNDX) | A | Dividend | J | T | Buy | 12/04/18 | J | | |
| 183. BLACKSTONE ALTRNTV INVT FDS ALTRNTV MULTI STRTGY FD (BXMYX) | A | Dividend | J | T | Buy | 12/04/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ahler, James R. | 08/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 184. CRM MUT FD TR LNG SHT OPPORTUNITIES FD(CRIHX) | A | Dividend | J | T | Buy | 12/04/18 | J | | |
| 185. DIAMOND HILL LONG-SHORT FUND CLASS I (DHLSX) | A | Dividend | J | T | Buy | 12/04/18 | J | | |
| 186. EQUINOX FDS TR IPM SYSTEMATIC MACRO FD CL (EQIPX) | A | Dividend | J | T | Buy | 12/04/18 | J | | |
| 187. Brokerage Account #2 (H) | | | | | | | | | |
| 188. JPMorgan US Govt Money Mkt Fd Inst (IJGXX) (cash equiv) | A | Dividend | M | T | Open | 11/29/18 | L | | |
| 189. Brokerage Account #3 (H) | | | | | | | | | |
| 190. JPMorgan US Govt Money Mkt Fd Inst (IJGXX) (cash equiv) | | None | N | T | Open | 12/18/18 | N | | |
| 191. 529 Account #1 (H) | | | | | | | | | |
| 192. my529 (X) | B | Dividend | L | T | | | | | |
| 193. UESP Vanguard Total Stock Mkt Indx (VITPX) (Y) | | | | | | | | | |
| 194. UESP Vanguard Total Bond Mkt Indx (VBMPX) (Y) | | | | | | | | | |
| 195. UESP Vanguard Total Intl Stock Indx (VTPSX) (Y) | | | | | | | | | |
| 196. 529 Account#2 (H) | | | | | | | | | |
| 197. my529 (X) | B | Dividend | L | T | | | | | |
| 198. UESP Vanguard Total Stock Mkt Indx (VITPX) (Y) | | | | | | | | | |
| 199. UESP Vanguard Total Intl Stock Indx (VTPSX) (Y) | | | | | | | | | |
| 200. UESP Vanguard Total Bond Mkt Indx (VBMPX) (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ahler, James R. | 08/02/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 201.  529 Account #3 (H) | | | | | | | | | |
| 202.  College Choice US Equity Index Portfolio | | None | | | Sold | 08/17/18 | K | | |
| 203.  College Choice International Portfolio | | None | | | Sold | 08/17/18 | J | | |
| 204.  College Choice Bond Index Portfolio | | None | | | Sold | 08/17/18 | J | | |
| 205.  529 Account #4 (H) | | | | | | | | | |
| 206.  College Choice US Equity Index Portfolio | | None | | | Sold | 08/17/18 | K | | |
| 207.  College Choice International Portfolio | | None | | | Sold | 08/17/18 | J | | |
| 208.  College Choice Bond Index Portfolio | | None | | | Sold | 08/17/18 | J | | |
| 209.  529 Account #5 (H) | | | | | | | | | |
| 210.  Brightstart Aggressive Age Based 13-14 | | None | K | T | Buy | 08/24/18 | K | | |
| 211.  529 Account #6 (H) | | | | | | | | | |
| 212.  Brightstart Aggressive Age Based 9-10 | | None | K | T | Buy | 08/24/18 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ahler, James R. | 08/02/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 16: Formerly DFA Intl Sm Cap Val Port (DFSVX).

Part VII, lines 30-32 and 35: Transaction dates are the closing dates for the corresponding quarterly statements, as more specific information is not available from the state plan manager.

Part VII, lines 192 and 197: UESP became "my529." There are no underlying holdings; the investment is now exclusively in units of my529. There are no corresponding reportable transactions.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James R. Ahler**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544